UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

Erin Owens

Adversary Proceeding No. 10-05320
Bankruptcy Case No. 10-53504
Chapter 13
Judge: Walter Shapero

_____/
 Debtor.

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 26, 2010, a copy of the SUMMONS AND COMPLAINT was served on the following party by depositing said copies in the U.S. mail, postage paid:

Office of the President:
Bank of America, NA
Brian Moynihan
Chairman, CEO & President
101 S. Tryon St.
NC1-002-29-01
Charlotte, NC  28255

*** *Via Certified Mail*

/s/ John Robert Keyes
Robert Keyes P68856
Robert Keyes Law
300 North Huron Street
Ypsilanti, MI 48197
(734) 662-1590
robert@robertkeyeslaw.com