UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:
Erin Owens                                           Case No.10-53504 wsd
     Debtor                                  Chapter 13
                                               Honorable Walter Shapero

Erin Owens
     Plaintiff                             Adv. Proc. No.10-05320

v.

Bank of America
Defendant

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST BANK OF AMERICA

     Plaintiff, Erin L.Owens, through counsel and pursuant to Fed. R. Bankr. P. 7055 and L.B.R. 7055-1 (E.D.M.), submits this application (this "Application") for the entry of a judgment, substantially in the form attached as *Exhibit A* (the "Judgment"), against Bank of America and respectfully states as follows:

     1.     On June 2, 2010, a Default Entry by Clerk, a copy which is attached as *Exhibit B,* was entered in the above captioned adversary proceeding.

     2.     Plaintiff obtained an appraisal which is attached as *Exhibit* C that indicates the value of the property in the Adversary Proceeding is less than the first mortgage.

     3.     Defendant failed to timely and properly plead or otherwise defend as proided by the Federal Rules of Bankruptcy Procedure, and that fact is made to appear by the *Affidavit of Robert Keyes,* attached as Exhibit D, in support of this Application.

     WHEREFORE, Plaintiff requests that this Court to enter the judgment and grant Plaintiff such other and further relief as the Court deems just and proper under the circumstances.

Respectfully Submitted,


Dated:                                      /s/ John Robert Keyes
                                            Robert Keyes P68856
                                            Attorney for Plaintiff
                                            Robert Keyes Law
                                            300 North Huron Street
                                            Ypsilanti, MI 48197
                                            (734) 662-1590
                                            robert@robertkeyeslaw.com


Dated: June 10, 2010